■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT J. DOYLE, Appellant. [860 NYS2d 407]—Appeal by the defendant from a judgment of the County Court, Rockland County (Bartlett, J.), rendered May 15, 2006, convicting him of criminal mischief in the third degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620, 621 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (*see* Penal Law § 145.05; *People v Garcia,* 29 AD3d 255, 263 [2006]). Moreover, upon the exercise of our factual review power (*see* CPL 470.15 [5]), we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero,* 7 NY3d 633 [2006]; *People v Wallender,* 27 AD3d 955, 957-958 [2006]; *People v Gianni,* 303 AD2d 1012 [2003]; *People v Hall,* 272 AD2d 412 [2000]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80, 86 [1982]).

The defendant's remaining contentions are without merit. Mastro, J.P., Spolzino, Balkin and Leventhal, JJ., concur.